ALEXANDER HEDEMAN, Respondent, v. MOSES F. DWORSKY et al., Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ESPOSITO and ANTHONY CAGGIONE, Appellants, et al., Defendants. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MARINO, Appellant.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Cohn, J., taking no part.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, v. MAN-DALE REALTY CO., INC., et al., Defendants, and CHEMICAL BANK AND TRUST COMPANY et al., as Executors of NANNY W. YUILLE, Deceased, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 929.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR GROSS and JACOB SHERASHEF, Appellants.— Judgment and order unanimously affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

LIZZIE V. HEGEMAN, Appellant, v. JOSÉ A. SWANN et al., Defendants, and IRVING PORETZ et al., Respondents. MODERN INDUSTRIAL BANK, Plaintiff, v. LIZZIE V. HEGEMAN et al., Defendants. TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. SYNDICATE CAPITAL CORP. et al., Defendants, IRVING PORETZ, Individually and Doing Business under the Name of CENTER CAPITAL CO., Respondent, LIZZIE V. HEGEMAN, Appellant. (Consolidated Actions.) — Judgment and the order entered February 1, 1945, so far as appealed from unanimously affirmed, with costs to the respondent Title Guarantee and Trust Company. Order entered February 23, 1945, unanimously affirmed, with $20 costs and disbursements to the respondent Irving Poretz. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

UNION COURSE HOLDING CORPORATION, Respondent, v. TOMASETTI CONSTRUCTION COMPANY et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [184 Misc. 382.] [See *post*, p. 841.]

WILLIAM A. SCHENCK, Appellant, v. JOSEPH MEYER, JR., et al., Respondents. — Order entered January 10, 1945, denying plaintiff's motion for an order directing the clerk of the court to enter judgment in favor of the plaintiff against the defendants, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 930.]

WILLIAM A. SCHENCK, Appellant, v. JOSEPH MEYER, JR., et al., Respondents.— Order entered January 10, 1945, denying plaintiff's motion to sever the third cause of action from the first and second causes of action alleged in the amended complaint, and to withdraw and discontinue the first and second causes of action, unanimously reversed, with $10 costs and disbursements, and the said motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.